**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIGUEL BRAVO MARTINEZ; TERESA CARRILLO MEDINA, | No. 09-72330 |
| Petitioners, | Agency Nos. A079-530-414<br>A079-530-416 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Miguel Bravo Martinez and Teresa Carrillo Medina, natives and citizens of

Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA")

order denying their motion to reopen proceedings due to ineffective assistance of

counsel. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen where the motion was filed nearly five years after the BIA's final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to show they acted with the due diligence required to obtain equitable tolling of the filing deadline, *see Iturribarria*, 321 F.3d at 897.

In light of our holding, we do not reach petitioners' contentions concerning the merits of their ineffective assistance of counsel claim.

**PETITION FOR REVIEW DENIED.**